# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO


J. HOPKINS
M.J. BOWMAN

__Wakeitha Bell__
(Enter above the full name of the plaintiff in this action)

v.

__The Social security__
__administration office.__
__Social security.__
(Enter the above full name of the defendant or defendants in this action)

Case No. __23 CV 177__

COMPLAINT UNDER
42 U.S.C. 2000e-5(f)(1)

## I. Parties

(In item A below, place your name in the first blank and place your present address and telephone number (or telephone number where you can be reached) where indicated in the following blanks.)

A. Name of Plaintiff __Wakeitha Bell__

Address __30 Kings run curt 45232__

Telephone No. _____

Under 42 U.S.C. 2000e-5(f)(1) suit may only be "brought against the respondent named in the charge" of unlawful employment practice you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunity Commission. ATTACH A COPY OF THE CHARGE YOU FILED WITH THE OHIO CIVIL RIGHTS COMMISSION AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION TO THIS COMPLAINT. In item B below list the name and address of the employer against whom you filed the charge. In item C below, list the name and address of any other person(s) you named in the charge you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunities Commission.

B. Defendant __Social Security__
(As named in the attached charge)
Address __Room 2000, 550 main St__
__45202, cincinnati, Ohio__

C. Additional defendants (as named in the attached charge):

*Frank Jhonson or Yulondia Jhonson or Latondia Jhonson or April Jhonson (I don't know which relative stole identity or money but the SSA will help me find out.)*

## II. The Court has jurisdiction under 42 U.S.C. §2000e-5(f)(1).

A. The date the notice of right to sue was issued by the Equal Employment Opportunity commission was *March 28th 2023*.

B. The date you received the notice of right to sue was *March 28 | 2023*.

C. ATTACH A COPY OF THE NOTICE OF RIGHT TO SUE TO THIS COMPLAINT.

## III. Statement of Claim

The Equal Employment Opportunities Act provides, in part, that

(a) it shall be an unlawful employment practice for an employer --

(1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin.

42 U.S.C. §2000e-2(a)(1). Other unlawful employment practices are set out in 42 U.S.C. §2000e-2(a) through (d).

State here as briefly as possible the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

*Someone stole federal money for a long period of time due to medical fraud. I never got any of the money. Also this involves identity theft. They will not give me a simple verification letter stating whether or not I ever was granted benefits so that I could file a complaint.*

The social security building denied me my right to a verification form over 6 times, bc of a person using color of law to deprive me of my rights. They kicked me out after a person lied and showed a video to security of me getting sexually assaulted using my proved brain injuries. They then used a third party and blocked me from getting a verification letter about benefits.

### IV. Relief

(*State briefly exactly what you want the Court to do for you*. Make no arguments. Cite no cases or statutes.)

I want to be paid back all stolen federal money dating back to the beginning of the fraud committed against me. The money was never given to me or recieved by me.

Wakitha Bell
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

March 28, 2023
(Date)

Wakitha Bell
(Signature of Plaintiff)