IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WAKEITHA BELL, | : |
| *Plaintiff*, | : Case No. 1:23-cv-177 |
| vs. | : Judge Jeffery P. Hopkins |
| THE SOCIAL SECURITY ADMINISTRATION, | : |
| *Defendant*. | : |

**JUDGMENT IN A CIVIL CASE**

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the February 13, 2025 Order, the Magistrate Judge's April 11, 2023 Report and Recommendation is **ADOPTED** in its entirety, and Plaintiff's Complaint (Doc. 6) is **DISMISSED** with prejudice for failure to state a claim for relief. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. The Court accordingly **DENIES** Plaintiff leave to appeal in forma pauperis.

Dated:  February 13, 2025                                    Richard W. Nagel, Clerk of Court
                                                             By: /s Karli Colyer
                                                             Deputy Clerk